# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.F. G.Z., | Case No. 1:25-cv-01995-KES-EPG-HC |
| Petitioner, | |
| v. | ORDER DIRECTING PARTIES TO MEET AND CONFER AND FILE JOINT STATEMENT REGARDING CASE MANAGEMENT |
| MINGA WOFFORD, et al., | |
| Respondents. | |

Petitioner, represented by counsel, is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 6, 2026, the Court granted Petitioner's motion for preliminary injunction and ordered Petitioner's immediate release. (ECF No. 14.) The Court also referred this matter "to the assigned magistrate judge for further proceedings including the preparation of findings and recommendations on the petition or other appropriate action." (Id. at 5.)

Petitioner's first amended petition was due December 8, 2025, the response due December 15, 2025, and the reply due December 19, 2025. (ECF No. 20.) A hearing on the motion for temporary restraining order is scheduled for January 5, 2026. (ECF No. 21.)

///

///

///

1  IT IS HEREBY ORDERED that within seven (7) days of the date of service of this order, the parties SHALL meet and confer and submit a joint statement regarding mootness, case management, and a proposed briefing schedule.

IT IS SO ORDERED.

Dated: **January 7, 2026**        /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE