IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.F.G.Z., | CASE NO. 1:25-CV-01995-KES-EPG (HC) |
| Petitioner, | ORDER REGARDING BRIEFING SCHEDULE |
| v. | |
| MINGA WOFFORD, ET AL., | |
| Respondents. | |

Based upon the stipulation and representations of the parties, (ECF No. 16), the Court hereby orders as follows:

1. Respondents shall file any response to petitioner's petition by July 6, 2026.

2. Petitioner may file a reply to respondent's response by August 6, 2026.

IT IS SO ORDERED.

Dated: **January 14, 2026**          /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE